UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RAMIREZ, | No. 2:14-cv-3013 AC P |
| Plaintiff, | |
| v. | ORDER |
| P.PRICE, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall, within thirty days after the filing date of this order, submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.[1]

---

[1] Plaintiff anticipates that he will be paroled on January 20, 2015. See ECF No. 4. The court's (continued…)

1

2. Alternatively, in the event that plaintiff receives this order after his anticipated release from prison, see n.1, supra, he shall instead, within thirty days after the filing date of this order, submit a completed in forma pauperis application for nonprisoners, included herewith.

3. The Clerk of Court is directed to:

a. Send plaintiff, together with a copy of this order, a blank in forma pauperis application used by nonprisoners; and

b. To serve this order on plaintiff at both his current and anticipated addresses, specifically:

> California State Prison, Corcoran
> P.O. Box 8800
> Corcoran CA 93212-8309
>
> and
>
> 912 Multnomah Drive
> Modesto CA 95350

4. Failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 14, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

review of the Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR) indicates that, at the present time, plaintiff remains incarcerated at California State Prison Corcoran.  See http://inmatelocator.cdcr.ca.gov/search.aspx.  See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").
  Although plaintiff must file a formal change of address when he is released from prison, given the proximity of plaintiff's anticipated release date, the court authorizes service of the present order at plaintiff's current address, as well as his anticipated address.