1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN A. RAMIREZ,                      No.  2:14-cv-03013 TLN AC P

12                 Plaintiff,

13          v.                             ORDER

14   P. PRICE, et al.,

15                 Defendants.

16

17          On December 25, 2014, plaintiff filed a notice of change of address with the court in

18   which he anticipated being released from custody on January 20, 2015.  ECF No. 4.  On January

19   15, 2015, the court issued two orders which were sent to both plaintiff's address of record and his

20   anticipated new address.  ECF Nos. 8, 9.  Plaintiff was reminded that he must file a formal change

21   of address upon release from prison.  ECF No. 9, fn. 1.

22          The January 15, 2015 orders mailed to plaintiff's address of record have been returned by

23   the postal service, and the Inmate Locator website operated by the California Department of

24   Corrections and Rehabilitation (CDCR) indicates that plaintiff is no longer incarcerated.[1]  See

25   http://inmatelocator.cdcr.ca.gov/search.aspx.  It appears that plaintiff has been released from

26   ─────────────────────
[1]  See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate

27   determination by sources whose accuracy cannot reasonably be questioned); see also City of

     Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a

28   record of a state agency not subject to reasonable dispute.").

1

1    prison, but he has yet to file a formal change of address.

2          At the time plaintiff was apparently released from prison, he had a pending application to

3    proceed in forma pauperis.  ECF No. 3.  Because plaintiff has been released and he has not paid

4    the filing fee, within thirty days from the filing date of this order he must either pay the filing fee

5    in full or submit a non-prisoner application to proceed in forma pauperis, which the Clerk will be

6    directed to provide.  Failure to comply with this order will result in a recommendation that this

7    action be dismissed without prejudice.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1.  Within thirty days of the filing of this order, plaintiff must file a notice of change of

10   address.

11         2.  Within thirty days of the filing of this order, plaintiff must either pay the filing fee in

12   full or submit a non-prisoner application to proceed in forma pauperis.

13         3.  The Clerk of the Court is directed to serve a copy of this order and a blank in forma

14   pauperis application used by non-prisoners on plaintiff at both his address of record and the

15   anticipated address previously provided by plaintiff, specifically 912 Multnomah Drive, Modesto

16   CA 95350.

17         4.  Failure to comply with this order will result in a recommendation that this action be

18   dismissed without prejudice.

19   DATED:  April 17, 2015

20

21                                        ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28