UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>P. PRICE, et al.,<br><br>　　　　　　Defendants. | No.  2:14-cv-3013 TLN AC P<br><br><br>ORDER AND FINDINGS AND <u>RECOMMENDATIONS</u> |

　　　　By an order filed April 20, 2015, plaintiff was ordered to file a non-prisoner in forma pauperis affidavit or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 13.  He was also given thirty days to file a formal notice of change of address in light of his apparent release from prison.  <u>Id.</u>  The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit, paid the appropriate filing fee, or filed a notice of change of address.  The order was served on both plaintiff's address of record and the anticipated address he provided prior to his release from prison.  <u>Id.</u>  Neither copy of the order has been returned by the U.S. Postal Service and pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve a copy of this order on plaintiff at both his address of record and the anticipated address previously

provided by plaintiff, specifically 912 Multnomah Drive, Modesto CA 95350.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2